IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUCK INSURANCE EXCHANGE,

    Plaintiff,                                           CIV. NO. S- 05-2031 WBS GGH

  vs.

ROBERTSHAW CONTROLS COMPANY,

    Defendant.                                          ORDER
_____/

        Plaintiff's ex parte application stipulation for order shortening time in regard to its motion for extension of discovery cutoff and to compel deposition and document production is before the court. The application will be granted and hearing scheduled for **September 14, 2006**. Defendant shall file an opposition by **September 7, 2006**, which shall include an explanation why it did not participate in the meet and confer process in regard to plaintiff's motion.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's application for order shortening time, filed August 25, 2006, is granted.

        2. Defendant shall file an opposition to plaintiff's motion to compel discovery by September 7, 2006.

\\\\\

3. Plaintiff's motion to compel deposition and production of documents will be heard on September 14, 2006, at 10:00 a.m. in courtroom #24.

4. The discovery cutoff in this case is extended to September 14, 2006, and may be extended further depending on the merits of plaintiff's motion.

DATED: 8/29/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Truck2031.ost.wpd